Joseph MURCHISON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103007

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: June 28, 2016

FOR APPELLANT: Joseph Murchison, Acting Pro Se, Northeast Correctional Center, 13698 Airport Road, Bowling Green, MO 63334.

FOR RESPONDENT: Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Joseph Murchison appeals the judgment denying his motion for post-conviction relief without an evidentiary hearing. We find that the motion court's judgment is not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).